UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN MANN and BRIAN L. FRYE,<br><br>                  Plaintiffs,<br><br>  v.<br><br>SECURITIES AND EXCHANGE COMMISSION, ERIC I. BUSTILLO, GARY GENSLER, CAROLINE A. CRENSHAW, JAIME E. LIZÁRRAGA, HESTER M. PEIRCE, and MARK T. UYEDA, in their official capacities,<br><br>                  Defendants. | Case No. 24-CV-01881<br><br>JUDGE GUIDRY<br><br>MAG. ROBY |

## ORDER

Considering the *ex parte* motion for extension of time submitted by defendants Securities and Exchange Commission, Gary Gensler, Caroline A. Crenshaw, Jaime E. Lizárraga, Hester M. Peirce, Mark T. Uyeda, and Eric I. Bustillo (collectively, the "Defendants") (R. Doc. 16),

**IT IS ORDERED** that the Defendants' *ex parte* motion is **GRANTED**. Moving Defendants are granted a 21-day extension of time, or until October 28, 2024, to file responsive pleadings in this matter.

New Orleans, LA, this __19th__ day of September, 2024.

                                                   */s/ Greg G. Guidry*
                                        HON. GREG G. GUIDRY
                                        UNITED STATES DISTRICT JUDGE