UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN MANN and BRIAN L. FRYE,<br><br>       Plaintiffs,<br><br> v.<br><br>SECURITIES AND EXCHANGE COMMISSION, ERIC I. BUSTILLO, GARY GENSLER, CAROLINE A. CRENSHAW, JAIME E. LIZÁRRAGA, HESTER M. PEIRCE, and MARK T. UYEDA, in their official capacities,<br><br>       Defendants. | Case No. 24-CV-01881<br><br>JUDGE GUIDRY<br><br>MAG. ROBY |

## **DEFENDANTS' MOTION TO DISMISS**

  Defendants Securities and Exchange Commission, Gary Gensler, Caroline A. Crenshaw, Jaime E. Lizárraga, Hester M. Peirce, Mark T. Uyeda, and Eric I. Bustillo (collectively, the "SEC") respectfully move this Court for an order dismissing Plaintiffs' request for a declaratory judgment pursuant to Federal Rule of Civil Procedure 12(b)(1). As explained in the memorandum of law filed in support of this Motion, the Court should dismiss this case for lack of subject matter jurisdiction because (i) sovereign immunity bars Plaintiffs' lawsuit, and (ii) Plaintiffs' complaint does not present a justiciable case or controversy.

Dated: October 28, 2024

Respectfully submitted,

<u>/s/ Peter Bryan Moores</u>
Peter Bryan Moores (Mass. BBO No. 658033)
Alexandra Verdi (NY Reg. No. 5480934)
Boston Regional Office
33 Arch Street, 24th Floor
Boston, Massachusetts 02110
(617) 573-8900 (Main)
(617) 573-4590 (Facsimile)
(617) 573-4576 (Moores)
*mooresp@sec.gov* (Moores)

*Attorneys for defendants U.S. Securities and Exchange Commission, Eric I. Bustillo, Gary Gensler, Caroline A. Crenshaw, Jaime E. Lizárraga, Hester M. Peirce, and Mark T. Uyeda*