**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JONATHAN MANN and BRIAN L. FRYE, <br><br> Plaintiffs, <br><br> v. <br><br> SECURITIES AND EXCHANGE COMMISSION, ERIC I. BUSTILLO, GARY GENSLER, CAROLINE A. CRENSHAW, JAIME E. LIZÁRRAGA, HESTER M. PEIRCE, and MARK T. UYEDA, in their official capacities, <br><br> Defendants. | Case No. 24-CV-01881 <br><br> JUDGE GUIDRY <br><br> MAG. ROBY |

**DEFENDANTS' CONSENTED TO MOTION TO MODIFY**
**THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**

Defendants Securities and Exchange Commission, Gary Gensler, Caroline A. Crenshaw, Jaime E. Lizárraga, Hester M. Peirce, Mark T. Uyeda, and Eric I. Bustillo (collectively, the "Defendants") respectfully move the Court to modify the briefing schedule for Defendants' Motion to Dismiss (Dkt. No. 18). A proposed order is attached hereto.

The Defendants have noticed their Motion to Dismiss with a submission date of January 15, 2025. (*See* Notice of Submission of Defs' Mot. to Dismiss, Dkt. No. 18-5.) Defendants request to modify the briefing schedule from the default timing in Local Rule 7.5 to provide the parties with additional time to brief this dispositive motion. The proposed order modifies the briefing deadlines for a January 15, 2025 submission date as follows:

|  | Default Deadline Under L.R. 7.5 | Proposed Deadline |
|---|---|---|
| Opposition to Mot. to Dismiss | January 7, 2025 | December 9, 2024 |
| Reply Brief | January 13, 2025 | January 8, 2025 |

The Defendants' counsel have consulted with counsel for the Plaintiffs. Plaintiffs agree with the proposed briefing schedule and consent to this motion to modify the briefing schedule.

Respectfully submitted,

*/s/ Peter Bryan Moores*
Peter Bryan Moores (Mass. BBO No. 658033)
Alexandra Verdi (NY Reg. No. 5480934)
Boston Regional Office
33 Arch Street, 24th Floor
Boston, Massachusetts 02110
(617) 573-8900 (Main)
(617) 573-4590 (Facsimile)
(617) 573-4576 (Moores)
*mooresp@sec.gov* (Moores)

*Attorneys for defendants U.S. Securities and Exchange Commission, Eric I. Bustillo, Gary Gensler, Caroline A. Crenshaw, Jaime E. Lizárraga, Hester M. Peirce, and Mark T. Uyeda*

2