UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN MANN and BRIAN L. FRYE,<br><br>                          Plaintiffs,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION, ERIC I. BUSTILLO, GARY GENSLER, CAROLINE A. CRENSHAW, JAIME E. LIZÁRRAGA, HESTER M. PEIRCE, and MARK T. UYEDA, in their official capacities,<br><br>                          Defendants. | Case No. 24-CV-01881<br><br>JUDGE GUIDRY<br><br>MAG. JUDGE ROBY |

## ORDER

Considering the Consent Motion to Modify the Briefing Schedule (R. Doc. 19) for Defendants' Motion to Dismiss [ECF 18] submitted by Defendants Securities and Exchange Commission, Gary Gensler, Caroline A. Crenshaw, Jaime E. Lizárraga, Hester M. Peirce, Mark T. Uyeda, and Eric I. Bustillo (collectively, the "Defendants"),

**IT IS ORDERED** that Defendants' Motion (R. Doc. 19) is **GRANTED**. Plaintiffs' deadline to file a memorandum in opposition to Defendants' Motion to Dismiss is December 9, 2024, and Defendants' deadline to file a reply brief in support of their Motion to Dismiss is January 8, 2025.

New Orleans, LA, this  31st  day of  October , 2024.

                                                              HON. GREG G. GUIDRY
                                                              UNITED STATES DISTRICT JUDGE