UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN MANN and BRIAN L. FRYE,<br><br>                      Plaintiffs,<br><br>    v.<br><br>SECURITIES AND EXCHANGE COMMISSION, ERIC I. BUSTILLO, GARY GENSLER, CAROLINE A. CRENSHAW, JAIME E. LIZÁRRAGA, HESTER M. PEIRCE, and MARK T. UYEDA, in their official capacities,<br><br>                      Defendants. | Case No. 24-cv-01881<br><br>JUDGE GUIDRY<br><br>MAG. JUDGE ROBY |

## ORDER

Considering the unopposed motion to continue the submission date and oral argument on Defendants' motion to dismiss from February 26, 2025, to April 23, 2025, submitted by Defendants Securities and Exchange Commission, Gary Gensler, Caroline A. Crenshaw, Jaime E. Lizárraga, Hester M. Peirce, Mark T. Uyeda, and Eric I. Bustillo (R. Doc. 36),

**IT IS ORDERED** that the unopposed motion is **GRANTED**. The submission date and oral argument for Defendants' motion to dismiss currently scheduled for February 26, 2025, is continued and reset to April 23, 2025, at 10:00 a.m.

New Orleans, LA, this   19th   day of February, 2025.

                                                        HON. GREG G. GUIDRY
                                                        UNITED STATES DISTRICT JUDGE