UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN MANN, et al. | CIVIL ACTION |
| VERSUS | NO: 24-1881 |
| SECURITIES AND EXCHANGE COMMISSION, et al. | SECTION: T (4) |

## ORDER

Due to a scheduling conflict,

**IT IS ORDERED** that the submission date and oral argument for Defendants' motion to dismiss currently scheduled for May 28, 2025, is continued and reset to <u>May 21, 2025, at 10:00 a.m.</u>

New Orleans, Louisiana, this 21st day of April 2025.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE