UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN MANN, et al. | CIVIL ACTION |
| VERSUS | NO: 24-1881 |
| SECURITIES AND EXCHANGE COMMISSION, et al. | SECTION: T (4) |

## JUDGMENT

The Court having granted the Motion to Dismiss in favor of Defendants, the SEC and its commissioners, and having dismissed Plaintiffs', Jonathan Mann and Brian L. Frye, claims with prejudice (R. Doc. 44); accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendants and against Plaintiffs dismissing Plaintiffs' claims against Defendants with prejudice.

New Orleans, Louisiana, this 30th day of September 2025.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE